UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-CV-22627-KMW

ANNEMARIE CRAWFORD,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff Annemarie Crawford, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 3, 2021

                                                        Respectfully Submitted,

                                                        /s/ Thomas J. Patti                    .
                                                        **THOMAS J. PATTI, ESQ.**
                                                        Florida Bar No.: 118377
                                                        E-mail:    tom@jibraellaw.com
                                                        **JIBRAEL S. HINDI, ESQ.**
                                                        Florida Bar No.: 118259
                                                        E-mail:    jibrael@jibraellaw.com
                                                        The Law Offices of Jibrael S. Hindi
                                                        110 SE 6th Street, Suite 1744
                                                        Fort Lauderdale, Florida 33301
                                                        Phone:    954-907-1136
                                                        Fax:       855-529-9540

                                                        *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 3, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

  /s/ Thomas Patti                 .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

Case 1:21-cv-22627-KMW   Document 3   Entered on FLSD Docket 08/03/2021

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com