UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-22627-KMW

ANNEMARIE CRAWFORD,

    **Plaintiff,**

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their undersigned counsel, hereby give notice, stipulate, and agree that all claims and controversies asserted in this action are dismissed with prejudice with each Party to bear its own attorney's fees and costs.

Respectfully submitted this 18th day of August 2021.

| | |
|---|---|
| **LAW OFFICES OF JIBRAEL S. HINDI** | **MESSER STRICKLER, LTD.** |
| */s/ Thomas J. Patti* | */s/ John M. Marees, II* |
| Thomas J. Patti, Esq. | John M. Marees, II, Esq. |
| Florida Bar No. 118377 | Florida Bar No. 0069879 |
| 110 SE 6th Street, Suite 1744 | 12276 San Jose Blvd., Suite 718 |
| Fort Lauderdale, FL 33301 | Jacksonville, FL 32223 |
| Telephone (954) 907-1136 | Telephone (904) 527-1172 |
| tom@jibraellaw.com | jmarees@messerstrickler.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |